**Motion granted, Appeal dismissed and Memorandum Opinion filed October 5, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00392-CV

### JOHNNA HARRISON, Appellant

### V.

### SYED NAQVI AND SYED ANWAR, Appellees

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-13841**

## MEMORANDUM  OPINION

This appeal is from a judgment signed April 11, 2023.  On September 20, 2023, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).  The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.